IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CRIMINAL ACTION No. 04-10371-MEL |
| v. | ) |
| | ) VIOLATIONS |
| | ) Ct. 1: 18 U.S.C. § 1709 |
| DARREN W. MCKENZIE | ) (Theft of Mail Matter) |

### INDICTMENT

COUNT ONE
(18 U.S.C. Section 1709)
(Theft of Mail Matter)

The Grand Jury charges:

On or about November 4, 2003, in the District of Massachusetts,

DARREN W. MCKENZIE,

the defendant herein, being a Postal Service employee, did embezzle letters and mail, and articles and things contained therein, which were entrusted to him and which came into his possession intended to be conveyed by mail and carried and delivered by other persons employed by the Postal Service.

All in violation of Title 18, United States Code, Section 1709.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY


_____
SANDRA S. BOWER
Assistant U.S. Attorney


DISTRICT OF MASSACHUSETTS          December  15 , 2004

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

2:55pm
12/15/04

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**             **U.S. District Court - District of Massachusetts**

**Place of Offense:** Newton    **Category No.** II    **Investigating Agency** POSTAL

**City** Newton    **Related Case Information:**

**County** Middlesex

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Darren W. McKenzie    Juvenile: ☐ Yes  ☒ No

Alias Name: _____

Address: 74 Mystic Street, Arlington, MA 02474

Birth date (Year only): 1967  SSN (last 4 #): 4719  Sex: M  Race: _____  Nationality: _____

**Defense Counsel if known:** _____  **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA: Sandra S. Bower    Bar Number if applicable: 0787700 Florida

Interpreter: ☐ Yes  ☒ No    List language and/or dialect: _____

Matter to be SEALED: ☐ Yes  ☒ No

☐ Warrant Requested    ☒ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:** ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ 1 Felony

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 12-15-04    Signature of AUSA: *Sandra S. Bower*

**District Court Case Number** (To be filled in by deputy _____

**Name of Defendant** Darren W. McKenzie

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 USC 1709 | theft of mail | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |

**ADDITIONAL INFORMATION:**