## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

**V.**                                    CRIMINAL NO. _CR04-1037 MEL_

_Darren W. McKenzie_

### NOTICE RE: AUTOMATIC DISCLOSURE

In accordance with Local Rule (LR) 116.1 the defendant, _Darren W. McKenzie_

☑      states that no waiver will be filed and requests that the
       government provide automatic discovery in accordance with
       LR 116.1(C).

☐      waives the automatic disclosure of discovery material
       pursuant to Local Rule 116.1 (B).  Discovery will be obtained
       directly through the provisions of the Federal Rules of
       Criminal Procedure in the manner provided under Local Rule
       116.3.

    If no election is made, automatic discovery will be conducted pursuant to
the Local Rules.*

_2/16/04_
**Date**                                  **Attorney for the Defendant**

**\*PARTIES SHALL MEET PRIOR TO THE INITIAL STATUS CONFERENCE IN ORDER TO RESPOND
TO THE INQUIRIES OF THE INITIAL STATUS CONFERENCE QUESTIONAIRE.**