UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CRIMINAL NO. 04-CR-10371-MEL

v.

DARREN MCKENZIE

## NOTICE OF PLEA AGREEMENT

The parties respectfully notify the Court that they have entered into a plea agreement in this case and that, therefore, there is no need for the Final Status conference currently scheduled for April 18, 2005. Instead, the case can be sent to the District Court for scheduling of a Rule 11 hearing.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Sandra S. Bower for
    JOHN H. LACHANCE
    600 Worcester Road
    Framingham, MA 01702

By: /s/ Sandra S. Bower
    SANDRA S. BOWER
    Assistant U.S. Attorney
    U. S. Attorney's Office
    John Joseph Moakley
    United States Courthouse
    1 Courthouse Way, Suite 9200
    Boston, MA 02210