UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 04-CR-10371-MEL

UNITED STATES OF AMERICA

v.

DARREN MCKENZIE

## JOINT MOTION FOR EXCLUDABLE DELAY FOR THE PERIOD FEBRUARY 16, 2005, THROUGH MARCH 16, 2005

The parties respectfully request the Court to order the period from February 16, 2005, through March 16, 2005, excluded under the Speedy Trial Act pursuant to Local Rule 112.2(2).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
JOHN H. LACHANCE
600 Worcester Road
Framingham, MA 01702

By: _____
SANDRA S. BOWER
Assistant U.S. Attorney
U. S. Attorney's Office
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

FILED
In Open Court
USDC Mass
Date 4/1/05
By _____