UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

    V.                                                                                 CRIMINAL CASE
                                                                                      NO. 04-10371 MEL

DARREN MCKENZIE
               Defendant

REPORT & ORDER ON
INITIAL and FINAL STATUS CONFERENCE

ALEXANDER, M.J.

       On April 1, 2005, parties appeared before this Court for an Initial Status Conference. At the request of the parties, dated April 6, 2005, the Final Status Conference was cancelled. With regard to the following issues, the parties have represented that:

1. There are no unusual or complex issues presented requiring an early joint conference of the District Judge or the Magistrate Judge with the attorneys;

2. There are no features of the case that deserve special attention or modification of the standard schedule ;

3. There is no anticipated supplemental discovery.

4. Discovery concerning expert witnesses pursuant to Fed. R. Crim. P. 16(a)(1)(E) & (b)(1)(C): thirty (30) days before trial the government will identify expert witnesses and, with respect to each expert, make the disclosures required by Fed. R. Crim. P. 16(a)(1)(E). Fourteen (14) days before trial, the defendant will identify expert witnesses and, with respect to each expert, make the disclosures required by Fed. R. Crim. P. 16 (b)(1)(C).

5 (a). With regard to William Andre Carr, the applicable periods of excludable delay under the Speedy Trial Act include: February 16, 2005, to March 16, 2002 (28 days), for a total of 28 days as of April 18, 2005. As of April 18, 2005, thirty-four(34) non-excludable days have elapsed. The amount of time remaining under the Speedy Trial Act before trial must commence is thirty-six (36) days. There are no pending or anticipated motions that will cause additional excludable time under the Speedy Trial Act.

5. Trial is not anticipated.

7. There is no need for a schedule concerning any matter othera Rule 11 Hearing.

8. There are no additional matters.

    IT IS HEREBY ORDERED THAT

    Whereas all pre-trial matters referred to this Court by the District Judge have been resolved, the case is hereby returned to the District Judge.

                          HONORABLE JOYCE LONDON ALEXANDER
                          UNITED STATES MAGISTRATE JUDGE
                          By the Court:

                          /S/ Rex Brown
                          Courtroom Clerk

April 18, 2005
Date