UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No.: 04-10371-MEL |
| | ) | |
| v. | ) | |
| | ) | |
| DARREN McKENZIE, | ) | |
|     Defendant | ) | |

### DEFENDANT'S MOTION TO CONTINUE SENTENCING

NOW COMES, Darren McKenzie, the Defendant in the above-captioned indictment and moves that his sentencing hearing be continued from July 11, 2005 to August 11, 2005.

In support of this motion, Counsel for Defendant states the following:

1. Counsel has been on trial before Judge Young of the United States District Court, <u>United States v. Mendes / Figueroa</u> from May 9, 2005 to May 20, 2005.

2. Counsel, Defendant and Probation had a meeting scheduled for May 19, 2005 to conduct a Pre-Sentence Interview. Counsel was awaiting the jury verdict in his trial, enabling him to attend the interview. Probation is now unable to complete its report before its deadline.

THEREFORE, Counsel for the Defendant and Probation seek additional time to prepare this matter before the Court and request that this Court continue the Defendant's sentencing date for the foregoing reasons from July 11, 2005 to August 11, 2005.

The additional thirty (30) days requested here should not affect the court's scheduling in this case.

                                            Respectfully submitted;
                                            **DARREN McKENZIE**
                                            By his Attorney;

Dated: May 20, 2005                    /s/ John H. LaChance
                                            John H. LaChance, Esquire
                                            BBO# 282500
                                            600 Worcester Road
                                            Suite 501
                                            Framingham, MA 01702
                                            Tel:  (508) 879-5730
                                            Fax: (508) 879-2288