UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No.: 04-10371-MEL |
| | ) | |
| v. | ) | |
| | ) | |
| DARREN McKENZIE, | ) | |
| Defendant | ) | |

### DEFENDANT'S MOTION TO CONTINUE SENTENCING

NOW COMES, Darren McKenzie, the Defendant in the above-captioned indictment and moves that his sentencing hearing be continued from Wednesday, August 31, 2005 to Wednesday, September 7, 2005 or Thursday, September 8, 2005.

In support of this motion, Counsel for Defendant states the following:

1. Counsel has prepaid and is scheduled to appear for a Sanction course scheduled for Wednesday, August 31, 2005.

THEREFORE, Counsel for the Defendant seeks an Order of the Court and requests that this Court continue the Defendant's sentencing date for the foregoing reason from Wednesday, August 31, 2005 to Wednesday, September 7, 2005 or Thursday, September 8, 2005.

Respectfully submitted;
**DARREN McKENZIE**
By his Attorney;

Dated: August 25, 2005

/s/ John H. LaChance
John H. LaChance, Esquire
BBO# 282500
600 Worcester Road
Suite 501
Framingham, MA 01702
Tel: (508) 879-5730
Fax: (508) 879-2288